IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CR   No. 15-627 JAP |
| | ) |
| JENNIFER VANESSA | ) |
| AMEZCUA-AGUIRRE, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS MATTER** having come before the Court on the Motion of the United States Attorney for the District of New Mexico to dismiss the instant Indictment against defendant Jennifer Vanessa Amezcua-Aguirre, and the Court being fully-advised in the premises of the motion, finds the motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that the Indictment in this cause be and hereby is dismissed without prejudice as to defendant Jennifer Vanessa Amezcua-Aguirre.

_____
James A. Parker
Senior United States District Judge